AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ROBERT BRIAN STONE,

      Plaintiff,

      v.

YSIDRO BECERRA, Correctional Unit Supervior; SERSEANT C. ADAMS; and G. STARR, a Correctional Officer,

      Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-138-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED 1. The Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, Ct. Rec. 30, is GRANTED. 2. Mr. Stone's First Amended Complaint, Ct. Rec. 29, is DISMISSED with prejudice.  3. The District Court Executive is DIRECTED to enter judgment in Defendants' favor.  The parties shall bear their own costs.  4.  This case is CLOSED.

April 25, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer